# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ALVONTARIO JEWAN STURGIS, a/k/a "Alvon" ) | Case No: 5;07CR7-2 |
| ) | USM No: 2111-058 |
| Date of Previous Judgment: April 22, 2008 ) | Steve Meier |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❑ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 27          Amended Offense Level: 27
Criminal History Category: IV       Criminal History Category: IV
Previous Guideline Range: 120 to 125 months    Amended Guideline Range: 120 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The 2007 Edition of the Guidelines Manual (including Amendment 706) was applied in the original sentencing; therefore, there is no further reduction.

**III. ADDITIONAL COMMENTS**
Counts One and Two were grouped for guideline calculation purposes pursuant to §3D1.2(b).

Except as provided above, all provisions of the judgment dated  April 22, 2008,  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 7, 2011

Effective Date: February 7, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge